IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**MATTHEW PARTON, on behalf of**
**himself and others similarly situated,**

    Plaintiff,

v.                                                           Civil Action No. 3:22-cv-00014

**BIMBO BAKERIES USA, INC.,**
**a Delaware Corporation;**
**JOHN DOE and JANE DOE, unknown**
**employees or officers of Bimbo Bakeries USA, Inc.;**
**and DOE CORPORATION, an unknown private**
**business organization,**

    Defendants.

## **STIPULATION OF DISMISSAL**

        Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Matthew Parton, on behalf of himself and others similarly situated, and Defendant Bimbo Bakeries USA, Inc., by their undersigned counsel, hereby STIPULATE and AGREE to the dismissal of this action with prejudice. The parties further stipulate that each side shall bear its own costs of litigation and attorneys' fees.

        Respectfully submitted this 18th day of April, 2022.


AGREED TO BY:

*/s/ Larry J. Rector*
Larry J. Rector        (WVSB # 6418)
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
Facsimile: (304) 933-8183

14532020

Michael J. Puma (*Pro Hac Vice forthcoming*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5305
Facsimile: (215) 963-5001

*Counsel for Defendant*
*Bimbo Bakeries, USA, Inc.*


/s/ Stephen P. New
Stephen P. New           (WVSB # 7756)
Amanda J. Taylor       (WVSB # 11635)
NEW, TAYLOR & ASSOCIATES
430 Harper Park Drive
Beckley, WV 25801
Telephone: (304) 250-6017
Facsimile: (304) 250-6012

*Counsel for Plaintiffs*


/s/ Anthony J. Majestro
Anthony J. Majestro        (WVSB # 5165)
POWELL & MAJESTRO
405 Capitol Street
Suite P-1200
Charleston, WV 25301
Telephone: (304) 346-2889
Facsimile: (304) 346-2895

*Counsel for Plaintiffs*

14532020

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of April, 2022, I served the foregoing "***Stipulation of Dismissal***" with the Clerk of Court using the CM/ECF system, which will send notice of the same to the following counsel:

| | |
|---|---|
| Stephen P. New | Anthony J. Majestro |
| Amanda J. Taylor | POWELL & MAJESTRO |
| NEW, TAYLOR & ASSOCIATES | 405 Capitol Street |
| 430 Harper Park Drive | Suite P-1200 |
| Beckley, WV 25801 | Charleston, WV 25301 |

*/s/ Larry J. Rector*
Larry J. Rector      (WVSB # 6418)
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
Facsimile: (304) 933-8183

*Counsel for Defendant*

3

14532020